FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2007 JUL 30 AM 9:29
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ROSCOE ALLEN, JR. and NATHANIEL SMITH,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF DOUGLAS, GEORGIA, et al.,<br><br>Defendants. | Case No. CV502-42 |

## O R D E R

On April 13, 2007, this Court issued an Order granting in part Defendants City of Douglas, Georgia, Max Lockwood, Ronnie Anderson, Don Brooks, and Bob Moore's Motion for Attorney's Fees and Expenses as Prevailing Parties. The Court ordered these Defendants (collectively "the City Defendants") to submit an accounting of those fees and expenses fairly attributable to actions undertaken on behalf of the City Defendants after the close of discovery along with the requisite time sheets and other documentation.

The Court has received Defense counsel's accounting and Plaintiffs' objections thereto. After reviewing these filings, the Court finds Defense counsel's submission deficient in two ways. First, Defense counsel have failed to disclose the rates actually billed to Defendants. Second, counsel have neglected to attach affidavits of other counsel attesting to their rates or the prevailing market rate. Ordinarily, when attorneys ask for fees, they readily disclose this information.

If Defense counsel wish for the Court to consider their fee request seriously then they must submit this information within **30 days** of the date of this Order.

SO ORDERED, this 30th day of July, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA